UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKA S. KANG,<br><br>    Plaintiff,<br><br>    v.<br><br>PAM BONDI, et al.,<br><br>    Defendants. | No. 2:25-cv-1858 TLN AC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, has paid the filing fee. In the complaint, plaintiff alleges he is a resident of Fresno, California and that he filed an application for permanent residence based on a prior grant of asylum. ECF No. 1 at 2. Plaintiff is located, and it appears that the substance of this complaint took place, in Fresno which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be

1

filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: October 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2